# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THE RELIZON COMPANY, et al.,

       Plaintiffs,              :        Case No. 3:10-cv–145

                                        District Judge Walter Herbert Rice
   -vs-                              Magistrate Judge Michael R. Merz

                                :

CRAIG W. SEYBOLD, et al.,

       Defendants.

## ORDER REGARDING APPEARANCE OF GARY M. GLASSMAN

This case is before the Court on Motion of Gary M. Glassman to Appear as Counsel for Defendant Rachel Neufeld (Doc. No. 87). The Motion was filed March 2, 2012, and sustained by notation order by District Judge Rice on March 5, 2012.

Because the case is referred to the undersigned for pre-trial management, the Magistrate Judge's courtroom deputy clerk spoke with Mr. Glassman on March 5, 2012, and advised him, per instructions from the Magistrate Judge, that he would be required to comply with the requirements of S. D. Ohio Civ. R. 83.3(e) for admission to the bar *pro hac vice*. This Order confirms that advice from the deputy clerk: Mr. Glassman must forthwith apply for admission *pro hac vice*. Forms for doing so may be found on the Court's website, www.ohsd.uscourts.gov/forms ("Motion to Appear Pro Hac Vice"). The Local Rules of this Court appear on the same website.

March 6, 2012.

                                                            s/ **Michael R. Merz**
                                                      United States Magistrate Judge