## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE RELIZON COMPANY AND WORKFLOW SOLUTIONS, LLC, | : | Case No. 3:10-cv-00145-WHR |
| | : | |
| | : | District Judge Walter H. Rice |
| Plaintiffs, | : | |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | |
| CRAIG W. SEYBOLD, *et al.*, | : | **AGREED ORDER EXTENDING TIME** |
| | : | **FOR DEFENDANT JOHN VENTO, JR.** |
| Defendants. | : | **TO MOVE, ANSWER, OR OTHERWISE** |
| | : | **PLEAD** |

Pursuant to Local Rule 7.3 and by agreement of the parties, Defendant John Vento, JR.
shall have an additional fourteen (14) days up to and including April 6, 2012 to move, answer, or
otherwise plead in response to Plaintiffs The Relizon Company and Workflow Solutions, LLC's
Second Amended Complaint.

_____
United States District Judge

Submitted By:

/s/ Scott K. Jones
_____
Scott K. Jones (0069849)
*Trial Attorney*
GRAYDON, HEAD & RITCHEY, LLP
7759 University Drive, Suite A
West Chester, OH 45069
Phone: (513) 755-4501
Fax:    (513) 755-9588
E-mail: sjones@graydon.com

and

Have Seen and Agreed:

/s/ Trevor E. Gillette
_____
(per telephone authorization 3/20/12)
Trevor E. Gillette, Esq.
Dinsmore & Shohl, LLP
Chemed Center, Suite 1900
255 E. Fifth Street
Cincinnati, OH  45202

ATTORNEY FOR PLAINTIFFS
THE RELIZON COMPANY AND
WORKFLOW SOLUTIONS, LLC

CO-COUNSEL:

/s/ Frederick C. Biehl, III
Frederick C. Biehl, III
SORIANO, HENKEL, BIEHL AND
 MATTHEWS, P.C.
75 Eisenhower Parkway
Roseland, NJ 07068
Phone: (973) 364-0111
Fax:    (973) 364-1073
E-mail: fredbiehl@shsbmlaw.com

ATTORNEYS FOR DEFENDANTS
GNJ ASSOCIATES, INC. D/B/A
PROFORMA SPECTRUM GRAPHICS AND
JOHN VENTO, JR

/s/ John A. Gallagher
(per telephone authorization 3/21/12)
John A. Gallagher, Esq.
Gallagher Law Group, P.C.
171 W. Lancaster Avenue, Suite 100
Paoli, PA  19301


/s/ Susan M. Braiser
(per telephone authorization 3/22/12)
Susan M. Brasier
Falke & Dunphy, LLC
30 Wyoming Street
Dayton, Ohio 45409

ATTORNEY FOR DEFENDANTS
CRAIG W. SEYBOLD AND
G. ANDREW W. KAMINSKY


/s/ Gary M. Glassman
(per telephone authorization 3/22/12)
Gary M. Glassman
Brown, Garganese, Weiss & D'Agresta, P.A.
111 N. Orange Avenue, Suite 2000
Post Office Box 2873
Orlando, Florida 32802

ATTORNEY FOR DEFENDANT
RACHEL NEUFELD


3579441.1