UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| THE RELIZON COMPANY AND WORKFLOW SOLUTIONS, LLC, | : Case No. 3:10-cv-00145-WHR |
| Plaintiffs, | : District Judge Walter H. Rice |
| | : Magistrate Judge Michael R. Merz |
| vs. | : |
| CRAIG W. SEYBOLD, *et al.*, | : **AGREED ORDER EXTENDING TIME FOR DEFENDANT JOHN VENTO, JR. TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT JOHN VENTO, JR.'S MOTION TO DISMISS** |
| Defendants. | |

Pursuant to Local Rule 7.3 and by agreement of the parties, Defendant John Vento, Jr. shall have an additional seven (7) days up to and including May 21, 2012 to reply to Plaintiffs The Relizon Company and Workflow Solutions, LLC's Memorandum in Opposition to Defendant John Vento, JR.'s Motion to Dismiss.

_____
United States District Judge

Submitted By:

*/s/ Scott K. Jones*
Scott K. Jones (0069849)
*Trial Attorney*
GRAYDON, HEAD & RITCHEY, LLP
7759 University Drive, Suite A
West Chester, OH 45069
Phone: (513) 755-4501
Fax:  (513) 755-9588
E-mail: sjones@graydon.com

and

Have Seen and Agreed:

*/s/ Trevor E. Gillette*
(per telephone authorization 5/14/12)
Trevor E. Gillette, Esq.
Dinsmore & Shohl, LLP
Chemed Center, Suite 1900
255 E. Fifth Street
Cincinnati, OH 45202

ATTORNEY FOR PLAINTIFFS
THE RELIZON COMPANY AND
WORKFLOW SOLUTIONS, LLC

*CO-COUNSEL:*

*/s/ Frederick C. Biehl, III*
Frederick C. Biehl, III
SORIANO, HENKEL, BIEHL AND
 MATTHEWS, P.C.
75 Eisenhower Parkway
Roseland, NJ 07068
Phone: (973) 364-0111
Fax:    (973) 364-1073
E-mail: fredbiehl@shsbmlaw.com

ATTORNEYS FOR DEFENDANTS
GNJ ASSOCIATES, INC. D/B/A
PROFORMA SPECTRUM GRAPHICS AND
JOHN VENTO, JR

3659730.1