IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THE RELIZON COMPANY, et al.,

    Plaintiffs,                                                       Case No. 3:10-cv-145

                                                              District Judge Walter Herbert Rice
    -vs-                                                           Magistrate Judge Michael R. Merz

CRAIG W. SEYBOLD, et al.,

    Defendants.

# ORDER

      Pursuant to this Court's prior Order, Plaintiff has now filed a Third Amended Complaint in an attempt to remedy the deficiencies in asserting personal jurisdiction over Defendant John Vento which were raised in his Motion to Dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6)(Doc. No. 95).

      Mr. Vento may filed a supplemental memorandum in support of his Motion to Dismiss not later than June 20, 2012, and Plaintiff may respond not later than June 30, 2012.

      June 8, 2012.

                                                                    s/ **Michael R. Merz**
                                                               United States Magistrate Judge