# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THE RELIZON COMPANY, et al.,

        Plaintiffs,    :    Case No. 3:10-cv-145

- vs -    :     District Judge Walter Herbert Rice
            Magistrate Judge Michael R. Merz

CRAIG W. SEYBOLD, et al.,    :

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #110), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant John Vento's Motion to Dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2)(Doc. No. 95) is DENIED.

July **26**, 2012.

                                                   Walter Herbert Rice
                                                   United States District Judge