IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THE RELIZON COMPANY AND
WORKFLOW SOLUTIONS, LLC,         :

       Plaintiff,         :

vs.                              :   Case No. 3:10cv145

CRAIG W. SEYBOLD, et al.,        :   JUDGE WALTER H. RICE

       Defendants.

---

ENTRY JOURNALIZING TELEPHONE CONFERENCE OF JUNE 12, 2013

---

The captioned cause came on to be heard upon a brief scheduling conference in the captioned cause, the sole remaining claims being cross claims for contribution and indemnity.

At 4:45 p.m. on Tuesday, July 1, 2013, oral argument will be had, by <u>conference call telephone communication</u>, on the motion of Defendant Seybold, seeking leave to appeal (Doc. #126). Should the captioned cause remain viable, following the Court's decision on said motion, the parties will speak, once again, in the nature of a preliminary pretrial conference on Monday, July 29, 2013, at 4:45 p.m.

The parties are to submit a Rule 26(f) jointly prepared, not later than the close of business on Thursday, July 25, 2013.

June 19, 2013
                                                WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record